William H. Monahan, Respondent, v. Iduella L. Sullivan, as Administratrix, etc., of Daniel Sullivan, Deceased, Appellant.—Judgment modified by providing that the costs of the trial be paid out of the estate, and as so modified affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

Myra D. Moore, Respondent, v. Russell S. Fowler, Appellant.—Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Carr, JJ.

Walter E. Morson, etc., Respondent, v. Martha Hoch, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

George Neuberger, an Infant, by Bertha Neuberger, His Guardian ad Litem, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs, on the authority of *Neuberger* v. *Long Island R. R. Co.* (131 App. Div. 885). Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

Harris Nevin, Respondent, v. Leon Lemberg and Others, Appellants.—Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Rich and Carr, JJ., concurred; Thomas, J., dissented upon the ground that there is uncontradicted evidence that the plaintiff did not fully perform the contract, and that no deduction has been made for failure to perform certain parts of the work.

New York Market Gardeners' Association, Respondent, v. The City of New York, Appellant.—Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Rich, JJ., concurred; Jenks and Burr, JJ., dissented.

William F. Pelham, as Administrator, etc., of James W. Pelham, Deceased, Appellant, v. New York, New Haven and Hartford Railroad Company, Respondent.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ.

Irving B. Pulver, Respondent, v. Amelia C. Deuel, Appellant.—Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Rich, JJ., concurred; Jenks and Burr, JJ., voted to reverse on the ground that the verdict is against the weight of evidence.

The People of the State of New York, Respondent, v. Stanley Grzeszczak, Appellant. (No. 1.) — Judgment of conviction of the County Court of Nassau county reversed and new trial ordered, because of error in the admission of the testimony of the witness Hoffman, and of error in the admission of declarations of the witness defendant's wife, in the absence of defendant, and also for error in exclusion of testimony as to the reputation of the defendant at folio 190 of the record. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. Stanley Grzeszczak, Appellant. (No. 2.) — Order of the County Court of Nassau county denying